UNITED STATES DISTRICT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
LISA PARISI,  :

        Plaintiff,  :  11-CIV-7474 (RJH)

    -against-  :

THE GUARDIAN LIFE INSURANCE  :
COMPANY OF AMERICA,  :

        Defendant.  :
---------------------------------- x

RECEIVED FEB -8 2012 CHAMBERS OF RICHARD J. HOLWELL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/12

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Lisa Parisi and defendant The Guardian Life Insurance Company of America, through their respective attorneys, that the above-entitled action be, and the same hereby is, dismissed with prejudice on the merits and without costs or fees to either party as against the other.

Dated: New York, New York
      January 25, 2012

| THOMPSON WIGDOR LLP | SEYFARTH SHAW LLP |
|---|---|
| By _____ | By _____ |
| Douglas Wigdor | Edward Cerasia II |
| Basil Sitaras | Allison E. Ianni |
| 85 Fifth Avenue | 620 Eighth Avenue, 32nd Floor |
| New York, New York 10003 | New York, New York 10018 |
| (212) 257-6800 | (212) 218-5500 |
| Attorneys for Plaintiff | Attorneys for Defendant |

Dated: New York, New York
     ~~January ___, 2012~~ April 20, 2012

SO ORDERED:

_____
~~Richard J. Holwell~~
United States District Judge

**Jesse M. Furman**
**United States District Judge**
**Southern District of New York**